

**MEMO ENDORSED**

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
____
(914) 385-6000
FAX (914) 385-6060
www.hwm-law.com

Paul E. Svensson Esq.
Direct E-Mail:  psvensson@hwb-lawfirm.com

The requested adjournment is granted.  The Clerk of the Court is respectfully directed to mail this document to Plaintiff and to terminate the pending motion, (Dkt. No. 31).  SO ORDERED.

*/s/ KMK*

9/17/24

September 16, 2024

<u>Via ECF</u>
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   James P. Lemon v. John Doe, et al.
       Case No.:  23-CV-4698 (KMK)

Your Honor:

Please be advised that this office represents The Village of Ossining.

We respectfully request an adjournment of the Case Management Conference scheduled for September 19, 2024 without a new date.

The Defendants submitted a Pre-Motion Letter to Magistrate Judge Judith C. McCarthy on August 29, 2024. The Plaintiff, James P. Lemon has yet to provide a response and, as such, a schedule has not been set.

Once the motion is decided, if necessary, Judge McCarthy can set a date for the next conference.

Thank you for your attention.

Very truly yours,

*Paul E. Svensson*

Paul E. Svensson, Esq.

cc:   James Lemon
      PO BOX 1633
      Ossining, NY 10562