UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES P. LEMON,

                     *Plaintiff*,

   v.

JOHN DOE (1), *et al.*,

                     *Defendants*.

No. 23-CV-4698 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

James P. Lemon ("Plaintiff"), proceeding pro se, brings this Action against John Doe (1), John Doe (2), Sergeant Anthony, and John Doe (4) (collectively, "Defendants"), alleging violations of his Constitutional rights. (*See generally* Compl. (Dkt. No. 1).)

On September 26, 2024, the Court set a briefing schedule for Defendants' Motion to Dismiss (the "Motion"). (*See* Dkt. No. 34.) On October 16, 2024, Defendants filed their Motion. (*See* Dkt. Nos. 35–38.) Instead of responding to Defendants' Motion, on November 13, 2024, Plaintiff filed a letter with the Court requesting a 90-day extension. (*See* Dkt. No. 39.) Plaintiff has not communicated with the Court since November 13, 2024. (*See generally* Dkt.)

Accordingly, Plaintiff is hereby directed to respond to Defendants' Motion by no later than May 7, 2025. No extensions will be granted. Failure to do so may result in the Court deeming Defendants' Motion fully briefed. The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   April 9, 2025
          White Plains, New York

                                                    KENNETH M. KARAS
                                                      United States District Judge