UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES P. LEMON,

                       Plaintiff,

      -against-                               23 **CIVIL** 4698 (KMK)

                                                        **JUDGMENT**

JOHN DOE (1), JOHN DOE (2), SGT.
ANTHONY, and JOHN DOE (4),

                       Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 24, 2025, Defendants' Motion to Dismiss is GRANTED for failure to prosecute without prejudice. See Washington v. Morley, No. 21-CV-7159, 2025 WL 623618, at *3 (S.D.N.Y. Feb. 26, 2025) (dismissing case for failure to prosecute where the plaintiff had failed to amend their complaint or communicate with the court at all in several months); Smith v. Westchester Cnty., No. 19-CV-1283, 2020 WL 883332, at *2 (S.D.N.Y. Feb. 24, 2020) (dismissing case for failure to prosecute after the plaintiff had been given several opportunities to file an amended complaint and failed to communicate with the court in any way); accordingly, the case is closed.

**Dated:** New York, New York

       July 24, 2025

                                                  **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                             **BY:**
                                                    **Deputy Clerk**